# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELTHY SILVA, | Case No. 2:18-cv-00963-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| RENA HUGHES, | |
| Defendant. | |

Pro se Plaintiff Welthy Silva brings this civil-rights case under 42 U.S.C. § 1983 against state court Judge Rena G. Hughes. On October 17, 2019, the Court accepted the undersigned's Report and Recommendation and dismissed Plaintiff's complaint with leave to amend. (ECF No. 9). She was directed to file an amended complaint by October 31, 2019. On October 31, 2019, Plaintiff filed a Motion for Extension of Time to File an Amended Complaint (ECF No. 10). Plaintiff indicated she is working on the amended complaint, but due to her lack of counsel, she needs 30 additional days to file it. The Court will grant Plaintiff's request for an extension of time to submit an amended complaint until December 2, 2019.

IT IS THEREFORE ORDERED that Plaintiff's request for an extension of time to submit an amended complaint (ECF No. 10) is **granted**.

IT IS FURTHER ORDERED that she must file an amended complaint by **December 2, 2019**. Failure to do so may result in a recommendation that this case be dismissed.

DATED: November 4, 2019

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE